1

2

3

4

5

6

7

8

9

10

11

**PHILIP B. PRICE, SBN 32620**
**PRICE & BROWN**
**Attorneys at Law**
**466 Vallombrosa Avenue**
**P. O. Box 1420**
**Chico, California  95927**
**Telephone: (530) 343-4412**
**Facsimile: (530) 343-7251**

**FRANK J. DEMARCO, SBN 40754**
**Siskiyou County Counsel**
**P. O. Box 659**
**Yreka, California 96097**
**Telephone: (530) 842-8100**
**Facsimile:   530) 842-7032**

**Attorneys for SISKIYOU COUNTY,**
**RICK RIGGINS, JOHN VILLANI,**
**JULIE HUTCHINS and BLAINE COOK**

12

13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14

15

16

17

18

19

20

21

22

23

24

ESTATE OF ABRA LEVINE,
by and through her Personal
Representative, Suellen Liker,

          Plaintiff,

vs.

COUNTY OF SISKIYOU, SHERIFF
RICK RIGGINS, JOHN VILLANI,
JULIE HUTCHENS, BLAINE COOK,
DOES 1 THROUGH 30,

          Defendants.
_____/

Case No. 2:08-CV- 00589-WBS-GGH

STIPULATION TO VACATE AND
RESET STATUS (PRETRIAL
SCHEDULING) CONFERENCE;
ORDER VACATING AND
RESETTING STATUS (PRETRIAL
SCHEDULING) CONFERENCE

**STIPULATION**

25

26

27

28

WHEREAS, plaintiff filed it Complaint herein on March 14, 2008;

WHEREAS, on March 17, 2008 the Court entered an Order Setting Status

(Pretrial Scheduling) Conference, setting such conference on May 5, 2008 at 2:00 p.m.

WHEREAS, defendants COUNTY OF SISKIYOU, RICK RIGGINS, JOHN

1

VILLANI, JULIE HUTCHENS and BLAINE COOK, filed there Answer and Jury Demand herein on April 11, 2008;

WHEREAS, defendants' lead counsel, PHILIP B. PRICE, will be out of the United States, on a pre-planed and paid for vacation from May 3, 21008 through May 17, 2008, including May 5, 2008, the date upon which the  Status (Pretrial Scheduling) Conference is currently set.

WHEREAS, plaintiff's attorney has requested an early meeting with defendants' attorneys in an attempt to resolve the matter, which, based on said attorney's current trial calendars likely cannot be held until June 2008,

NOW THEREFORE, the parties hereto stipulate, subject to Court approval, as follows:

1.   That the current date of May 5, 2008 for the Status (Pretrial Scheduling) Conference be vacated.

2.   That the Status (Pretrial Scheduling) Conference be reset for June 30, 2008.

Dated:  April 11, 2008           BLACK, CHAPMAN, WEBBER, STEVENS, PETERSON & LUNDBLADE

                                 By:   __/s/ Thomas N. Petersen___
`                                      THOMAS N. PETERSEN, Attorneys for ESTATE OF ABRA LEVINE


Dated:  April 11, 2008           PRICE & BROWN

                                 By:   __/s/ Philip B. Price_____
                                       PHILIP B. PRICE, Attorneys for COUNTY OF SISKIYOU, RICK RIGGINS, JOHN VILLANI, JULIE HUTCHENS and BLAINE COOK

## **ORDER**

The court having read the above Stipulation and good cause appearing therefore:

IT IS ORDERED:

1.  That the current date of May 5, 2008 for the Status (Pretrial Scheduling) Conference be vacated.

2.  That the Status (Pretrial Scheduling) Conference be reset for June 30, 2008 at 2:00 p.m.

Dated:  April 16, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER VACATING AND RESETTING STATUS CONFERENCE