**PHILIP B. PRICE, SBN 32620**
**PRICE & BROWN**
**Attorneys at Law**
**466 Vallombrosa Avenue**
**P. O. Box 1420**
**Chico, California  95927**
**Telephone: (530) 343-4412**
**Facsimile: (530) 343-7251**

**FRANK J. DEMARCO, SBN 40754**
**Siskiyou County Counsel**
**P. O. Box 659**
**Yreka, California  96097**
**Telephone: (530) 842-8100**
**Facsimile:   530) 842-7032**

**Attorneys for SISKIYOU COUNTY,**
**SHERIFF RICK RIGGINS, JOHN VILLANI,**
**JULIE HUTCHINS and BLAINE COOK**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ABRA LEVINE, by and through her Personal Representative, Suellen Liker,<br><br>         Plaintiff,<br><br>vs.<br><br>COUNTY OF SISKIYOU, SHERIFF RICK RIGGINS, JOHN VILLANI, JULIE HUTCHENS, BLAINE COOK, DOES 1 THROUGH 30,<br><br>         Defendants.<br>_____/ | Case No. 2:08-CV- 00589-WBS-GGH<br><br>STIPULATION FOR DISMISSAL; ORDER |

The parties to the above-entitled action, having entered into a Settlement Agreement and plaintiff having executed a Release of all Claims pursuant thereto, now hereby stipulate that the above-entitled action be dismissed, with prejudice, each party to bear his/her/its costs, attorney's fees and litigation expenses.

Dated: December 4, 2008.                    BLACK, CHAPMAN, WEBBER, STEVENS,
                                            PETERSEN & LUNDBLADE

                                        By:    /s/ Thomas N. Petersen
                                            Thomas N. Petersen, Attorneys for
                                            Suellen Liker, as Administrator of the
                                            Estate of Abra Rachel Levine


Dated: December 4, 2008.                            PRICE & BROWN

                                        By:    /s/ Philip B. Price
                                            PHILIP B. PRICE, Attorneys for
                                            COUNTY OF SISKIYOU, SHERIFF RICK
                                            RIGGINS, JOHN VILLANI, JULIE HUTCHENS
                                            and BLAINE COOK


ORDER:

It is so ordered.

Dated: December 4, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE